**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SANNY LEE DEBRITO,<br><br>Plaintiff,<br><br>v.<br><br>FERMI RESEARCH ALLIANCE, LLC, and FERMI FORWARD DISCOVERY GROUP, LLC,<br><br>Defendants. | Case No. 26-CV-2398<br><br>The Honorable Steven C. Seeger, District Judge |

**DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Fermi Research Alliance, LLC and Fermi Forward Discovery Group, LLC hereby move this Court to dismiss Plaintiff's amended complaint with prejudice.

As set forth in the accompanying brief, Plaintiff's first amended complaint fails to state claims upon which relief can be granted. The Complaint alleges a chronology of workplace events but does not plausibly allege facts sufficiently connecting the challenged employment actions to Plaintiff's race, disability, protected activity, or purported whistleblower activity. As a result:

1. Count I fails to plausibly allege race discrimination or a race-based hostile work environment under Title VII;
2. Count II fails to plausibly allege retaliation under Title VII;
3. Count III fails to plausibly allege disability discrimination, failure to accommodate, or retaliation under the Americans with Disabilities Act; and
4. Count IV fails to state a claim under the Illinois Whistleblower Act.

**WHEREFORE**, Defendants respectfully request that the Court dismiss Plaintiff's amended complaint with prejudice.

Dated: August 24, 2026

Respectfully submitted,

By: */s/ Daniel A. Kaufman*
Michael Best & Friedrich LLP
Daniel A. Kaufman
444 West Lake Street, Suite 3200
Chicago, IL 60606
Telephone: (312) 222 0800
Fax: 312 222 0818
Email: dakaufman@michaelbest.com

Malin Ann Ehrsam
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Email: malin.ehrsam@michaelbest.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 24, 2026, he filed the foregoing ***Defendants' Motion to Dismiss*** with the Clerk of the Court using the CM/ECF NextGen system, which will send notice of such filing to all parties of record registered with the Court's CM/ECF system

/s/ Daniel A. Kaufman
*Attorneys for Defendants*
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606