**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sanny Lee DeBrito
Plaintiff,
v.
Fermi Research Alliance, LLC, et al.
Defendant.

Case No.: 1:26−cv−02398
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's second and third motions for an extension of time [27], [28] are hereby granted. In the most recent motion, Plaintiff asked for an extension until October 9, 2026. Since then, at least 13 days have passed, and Plaintiff hasn't responded to the motion to dismiss. The Court sua sponte grants one last extension until October 27, 2026. A failure to meet that deadline will lead to dismissal. A reply is due two weeks later. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.